THE STATE OF OHIO, APPELLEE, *v.* VALENTYN, APPELLANT.

(No. 2015–2065—Submitted April 20, 2016—Decided July 11, 2016.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Klembus,* 146 Ohio St.3d 84, 2016-Ohio-1092, 51 N.E.3d 641.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Charles E. Coulson, Lake County Prosecuting Attorney, and Alana A. Rezaee, Assistant Prosecuting Attorney, for appellee.

Charles R. Grieshammer, Lake County Public Defender, and Vanessa R. Clapp, Supervising Attorney, Appellate Division, for appellant.